# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 15-14758-MDC

EMMANUEL A. ADE

P.O. BOX 33299

PHILADELPHIA, PA 19142-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EMMANUEL A. ADE

    P.O. BOX 33299

    PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

Date: 7/14/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee