UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMMANUEL A. ADE                           Chapter 13

                    Debtor                Bankruptcy No. 15-14758-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___8th___ day of __September__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
EMMANUEL A. ADE

P.O. BOX 33299

PHILADELPHIA, PA 19142-