United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14758-mdc
Emmanuel A. Ade                                                           Chapter 13
Emmanuel A. Ade
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2                    Date Rcvd: Sep 08, 2016
                             Form ID: pdf900          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db          #+Emmanuel A. Ade,    2031 S. 67th Street,    Philadelphia, PA 19142-1624
db           Emmanuel A. Ade,    MAILING ADDRESS,    P.O. Box 33299,    Philadelphia, PA  19142-0299
13557870     Chase,    PO Box 469030,    Denver, CO 80246-9030
13557873    +Darby Fire Co. No 1,    PO Box 123,    Darby, PA 19023-0123
13633605    +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13582725    +Navient Solutions Inc. on behalf of,    PHEAA,    Po box 8147,    Harrisburg,PA 17105-8147
13557876    +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13557877    +Revenue Collection Bureau,    5900 Torresdale Ave.,    Philadelphia, PA 19135-4127
13557878     Robert M. Morris, Esquire,    PO Box 2235,    Bala Cynwyd, PA 19004-6235
13557879    +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
13557880    +Transit Workers F.C.U.,    919 E. Cayuga St.,    Philadelphia, PA 19124-3817
13557881     Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Sep 09 2016 01:48:47     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2016 01:48:28
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2016 01:48:38     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13652303     E-mail/Text: bankruptcy@phila.gov Sep 09 2016 01:48:48     City of Philadelphia,
             Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA 19102-1595
13651900    +E-mail/Text: bankruptcy@phila.gov Sep 09 2016 01:48:47
             CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13557871    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 09 2016 01:48:53
             Comcast Cable Communication,    1 Comcast Center,    Philadelphia, PA 19103-2833
13557872    +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 09 2016 01:48:59
             Credit Collection Services,    PO Box 9134,    Needham Heights, MA 02494-9134
13557874    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 09 2016 01:48:32     Midland Funding, LLC,
             8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13557875    +E-mail/PDF: pa_dc_claims@navient.com Sep 09 2016 01:44:29      Navient,    PO Box 9655,
             Wilkes Barre, PA 18773-9655
                                                                                        TOTAL: 9

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                              Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com

District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Sep 08, 2016
                             Form ID: pdf900          Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          ZACHARY  PERLICK    on behalf of Debtor Emmanuel A. Ade Perlick@verizon.net,  pirelandl@verizon.net
                                                                          TOTAL: 5

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMMANUEL A. ADE                         Chapter 13


                        Debtor           Bankruptcy No. 15-14758-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _8th_ day of _September_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.


*Magdeline D. Coleman*
_____
Magdeline D. Coleman
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-


Debtor:
EMMANUEL A. ADE

P.O. BOX 33299

PHILADELPHIA, PA 19142-